1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 W. Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6
   [Additional counsel listed on signature page]
7
   Attorneys for Plaintiff Lisa Laurian Downing
8

9

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                        CV 08    3606

| | |
|---|---|
| Lisa Laurian Downing, on behalf of herself and all others similarly situated, | Case No.: |
| Plaintiff, | CLASS ACTION |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 |
| FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE COMPANY | |
| Defendant. | DEMAND FOR JURY TRIAL |

FILED
08 JUL 28 PM 3:39
RICHARD W. WIEKING
U.S. DISTRICT COURT

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.:

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, and Lynn Barton, Ruben Romero, Lisa Gentilcore, Lisa Blackwell, Sarah Yahn,
3  Louis and Silvia Martinez, Vincent L. Davis, Dr. Rajnikant Kothari, Emilse Magana and Mark
4  Moynahan, who are parties in pending related cases filed in various federal district courts in
5  California, there is no such interest to report.

6  DATED: July 29, 2008

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

_____
JOHN L. HAEUSSLER

One America Plaza
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Attorneys for Plaintiff Lisa Laurian Downing

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | *Lisa Laurian Downing v. Fidelity National Financial, Inc., et al.* |
| | Case No. |
| 3 | |
| 4 | I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on July 28, 2008, I served a true copy of the attached: |
| 5 | |
| 6 | |
| 7 | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |
| 8 | |
| 9 | to the parties listed on the attached Service List by the following means of service: |
| 10 | |
| 11 | ☐ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List. |
| 12 | |
| 13 | |
| 14 | ☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date. |
| 15 | |
| 16 | ☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed. |
| 17 | |
| 18 | |
| 19 | |
| 20 | ☐ **BY PERSONAL SERVICE/HAND DELIVERY:** |
| 21 | |
| 22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of July, 2008. |
| 23 | |
| 24 | _____ |
| | CINDY ORIHUELA |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.

## SERVICE LIST
### California Title Insurance

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota (serotaj@gtlaw.com)
Kenneth Lapatine (lapatinek@gtlaw.com)
Stephen L. Saxl (saxls@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC**

Margaret A. Keane (mkeane@dl.com)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415)951-1180

**Defendants**

| | |
|---|---|
| Fidelity National Financial, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Fidelity National Title Insurance Company<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| Ticor Title Insurance Company<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Ticor Title Insurance Company of Florida<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| Chicago Title Insurance Company<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Security Union Title Insurance Company<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |

Landamerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Commonwealth Land Title Insurance Corp.
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Lawyers Title Insurance Corporation
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Transnation Title Insurance Company
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Stewart Title Guaranty Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596

Stewart Title Insurance Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596