```
                                                              FILED
                                                         08 JUL 28 PM 3:38
                                                         RICHARD W. WIEKING
                                                          U.S. DISTRICT COURT
```

1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 W. Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6
   Attorneys for Plaintiff Lisa Laurian Downing
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA                    MEJ

11
                                                  CV 08      3606
12 Lisa Laurian Downing, on behalf of herself  )  Case No.:
   and all others similarly situated,          )
13                                             )  CLASS ACTION
              Plaintiff,                       )
14                                             )  NOTICE OF PENDENCY OF OTHER
         vs.                                   )  ACTIONS PURSUANT TO CIVIL
15                                             )  LOCAL RULE 3-13
   FIDELITY NATIONAL FINANCIAL,                )
16 INC., FIDELITY NATIONAL TITLE               )
   INSURANCE COMPANY, TICOR TITLE              )
17 INSURANCE COMPANY, TICOR TITLE              )  DEMAND FOR JURY TRIAL
   INSURANCE COMPANY OF FLORIDA,               )
18 CHICAGO TITLE INSURANCE                     )
   COMPANY, NATIONAL TITLE                     )
19 INSURANCE OF NEW YORK, INC.,                )
   SECURITY UNION TITLE INSURANCE              )
20 COMPANY, THE FIRST AMERICAN                 )
   CORPORATION, FIRST AMERICAN                 )
21 TITLE INSURANCE COMPANY,                    )
   UNITED GENERAL TITLE INSURANCE              )
22 COMPANY, LANDAMERICA                        )
   FINANCIAL GROUP, INC.,                      )
23 COMMONWEALTH LAND TITLE                     )
   INSURANCE COMPANY, LAWYERS                  )
24 TITLE INSURANCE CORPORATION,                )
   TRANSNATION TITLE INSURANCE                 )
25 COMPANY, STEWART TITLE                      )
   GUARANTY COMPANY and STEWART                )
26 TITLE INSURANCE COMPANY                     )
                                               )
27              Defendant.                     )
                                               )
28 _____

NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13
Case No.:

1  Pursuant to Civil Local Rule 3-13 of the U.S. District Court for the Northern District of
2  California, Plaintiff Lisa Laurian Downing hereby informs the Court that her class action on
3  behalf of members of the class against Fidelity National Financial, Inc, Fidelity National Title
4  Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of
5  Florida, Chicago Title Insurance Company, National Title Insurance of New York, Inc.,
6  Security Union Title Insurance Company, The First American Corporation, First American Title
7  Insurance Company, Landamerica Financial Group, Inc., Commonwealth Land Title Insurance
8  Company, Stewart Title Guaranty Company and Stewart Title Insurance Company is related to
9  other actions on file, namely:

10  1.  *In re California Title Insurance Antitrust Litigation,* 08-cv-1341-JSW, filed on
11  March 10, 2008, and currently pending in the United States District Court for the Northern
12  District of California, San Francisco Division;

13  2.  *Martinez v. Fidelity National Financial, Inc, et. al.,* 08-cv-0499-MJL, filed on
14  March 18, 2008, and currently pending in the Southern District of California;

15  3.  *Doris v. fidelity National Financial, Inc., et. al.,* 08-cv-1897-DSF, filed on
16  March 20, 2008, and currently pending in the Central District of California;

17  4.  *Kothari v. Fidelity National Financial, Inc., et. al.,* 08-cv-0440-DSF, filed on
18  April 23, 2008, and currently pending in the Central District of California;

19  5.  *Magana v. Fidelity National Financial, Inc., et. al.,*08-cv-0591-DSF, and
20  currently pending in the Central District of California; and

21  6.  *Maynahan v. Fidelity National Financial, Inc., et. al.,* 08-cv-0620-AHS, and
22  currently pending in the Central District of California.

23  The above-referenced actions and this action involve all or a material part of the same
24  subject matter and substantially the same parties and should be coordinated to avoid conflicts,
25  conserve resources and promote an efficient determination of the actions.
26  ///
27  ///
28  ///

1
NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13
Case No.:

1  Pursuant to an order dated July 24, 2008, in *In re California Title Insurance Antitrust
2  Litigation*, 08-cv-1341-JSW, signed by Judge White, as this action arises out of the same facts
3  and claims alleged by Plaintiffs' in *In re California Title Insurance Antitrust Litigation*, this case
4  should be consolidated for all purposes with case number 08-cv-1341-JSW.

5

6  DATED: July 28, 2008          BARRACK, RODOS & BACINE
                                 STEPHEN R. BASSER
7                                JOHN L. HAEUSSLER

8

9                                JOHN L. HAEUSSLER

10                               One America Plaza
                                 600 W. Broadway, Suite 900
11                               San Diego, CA 92101
                                 Telephone: (619) 230-0800
12
                                 BARRACK, RODOS & BACINE
13                               DANIEL E. BACINE
                                 JEFFREY GITTLEMAN
14                               3300 Two Commerce Square
                                 2001 Market Street
15                               Philadelphia, PA 19103
                                 Telephone: (215) 963-0600
16
                                 Attorneys for Plaintiff Lisa Laurian Downing
17

18

19

20

21

22

23

24

25

26

27

28

2
NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13
Case No.:

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

*Fidelity National Financial, Inc.*
Case No.

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on July 28, 2008, I served a true copy of the attached:

**NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13**

to the parties listed on the attached Service List by the following means of service:

☐ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of July, 2008.

_____
CINDY ORIHUELA

---

NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13
Case No.

## SERVICE LIST
### California Title Insurance

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota (serotaj@gtlaw.com)
Kenneth Lapatine (lapatinek@gtlaw.com)
Stephen L. Saxl (saxls@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC**

Margaret A. Keane (mkeane@dl.com)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415)951-1180

### Defendants

Fidelity National Financial, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Fidelity National Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company of Florida
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Chicago Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Security Union Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Landamerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Commonwealth Land Title Insurance Corp.
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Lawyers Title Insurance Corporation
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Transnation Title Insurance Company
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Stewart Title Guaranty Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596

Stewart Title Insurance Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596