| Clerk's Use Only | Jeffrey B. Gittleman |
|---|---|
| Initial for fee pd.: | Barrack, Rodos & Bacine |
| | 3300 Two Commerce Square |
| | 2001 Market Street |
| | Philadelphia, PA 19103   Telephone: 215-963-0600 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Lisa Laurian Downing, on behalf of herself
and all others similarly situated,

                Plaintiff(s),

v.

FIDELITY NATIONAL FINANCIAL,
INC., FIDELITY NATIONAL TITLE
INSURANCE COMPANY, et al.

                Defendant(s).

CASE NO. CV-08-3606 MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Jeffrey B. Gittleman, an active member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Lisa Laurian Downing in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Stephen R. Basser. Barrack, Rodos & Bacine. One America Plaza, 600 West Broadway, Suite 900, San Diego, CA 92101. Telephone: 619-230-0800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2008

                                                    Jeffrey B. Gittleman