UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lisa Laurian Downing, on behalf of herself
and all others similarly situated,

        Plaintiff(s),

  v.

FIDELITY NATIONAL FINANCIAL, INC., etc.

        Defendant(s).

No. C 08-3606 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 08/08/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")