IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA L. DOWNING,

        Plaintiff,

  vs.

FIDELITY NATIONAL FINANCIAL, INC.

        Defendant.
                                           /

No. C-08-3606 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

 __X__  (1) One or more of the parties has requested reassignment to a United States District Judge, or

 ____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

 ____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: August 13, 2008

                                                    MARIA-ELENA JAMES
                                                    United States Magistrate Judge