*E-Filing*    RECEIVED    AUG - 4 2008    RICHARD W. WIEKING    CLERK, U.S. DISTRICT COURT    NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

Lisa Laurian Downing, on behalf of
herself and all others similarly situated,

CASE NO.  CV-08-3606-MEJ JSW

Plaintiff(s),

v.

FIDELITY NATIONAL FINANCIAL,
INC.,  FIDELITY NATIONAL TITLE
INSURANCE COMPANY, et al.

Defendant(s).
_____/

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey B. Gittleman                                          , an active member in good standing of the bar of
the Commonwealth of Pennsylvania and

                    the State of New Jersey                           whose business address and telephone number

(particular court to which applicant is admitted)

is

Barrack, Rodos, & Bacine
3300 Two Commerce Square,    2001 Market Street
Philadelphia, PA 19103     Telephone: 215-963-0600                                          ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Lisa Laurian Downing                                          .

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate   appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  AUG 2 5 2008

_____
United States Magistrate Judge
District

UNITED STATES DISTRICT COURT
For the Northern District of California